E-FILED
Friday, 29 April, 2005 02:35:52 PM
Clerk, U.S. District Court, ILCD

| 12/11/2003 | HENDERSON & STURM LLP | |
| 2:46 PM | Listing User Defined | Page 1 |

### Selection Criteria

| Clie.Classification | Open |
| Client (hand select) | Include: 5121-001-NewWom |

| Billable Fees | Billable Costs | Credits | Interest | Invoice Charges | Payments | Write Offs |
|---|---|---|---|---|---|---|
| $493,777.66 | $41,353.56 | $0.00 | $28,137.02 | $563,268.24 | $257,185.41 | $306,082.83 |
| **Grand Total** | | | | | | |
| $493,777.66 | $41,353.56 | $0.00 | $28,137.02 | $563,268.24 | $257,185.41 | $306,082.83 |



EXHIBIT A