IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| Sturm & Fix LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 03-4086 |
| v. ) | |
| ) | **AMENDED COMPLAINT** |
| H. Vincent Harsha,  Daniel ) | |
| Kaiser, and New Womyn ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

Plaintiff Sturm & Fix LLP for its complaint against Defendants H. Vincent Harsha, Daniel Kaiser, and New Womyn, LLC states as follows:

**COUNT I – COMPLAINT ON AN ACCOUNT**

1. Jurisdiction is proper in this court pursuant to 28 U.S.C. §1332. Plaintiff and Defendants are citizens of different states. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. §1332.

2. At all times relevant hereto, the Plaintiff was an Iowa limited liability partnership formed under the laws of the State of Iowa. Plaintiff changed its name from Henderson & Sturm LLP to Sturm & Fix LLP effective January 1, 2003.

3. At all time relevant hereto, the Plaintiff partnership was comprised of the following partners:

Michael O. Sturm was and is a resident of Iowa and resides at 10849 N.W. 103rd Court, Granger, IA 50109;

Richard L. Fix was and is a resident of Iowa and resides at 2434 Welbeck Road, Des Moines, IA 50310;

John E. Cepican was and is a resident of Iowa and resides at 915 Devils Glen Road, Bettendorf, Iowa 52722;

William H. Wright was and is a resident of Virginia and resides at 919 S. 17th Street, Arlington, VA 22202, who has withdrawn from the partnership;

Thomas J. Oppold, was formerly a resident of Iowa, and is presently a resident of Minnesota, who has withdrawn from the partnership;

H. Robert Henderson, was formerly a resident of Iowa, and is presently a resident of Minnesota, who has withdrawn from the partnership; and

Curtis A. Bell, was and is a resident of Iowa who has withdrawn from the partnership.

4. At all times relevant hereto, the Defendant, H. Vincent Harsha was and is a resident of Illinois who resides at 3414 54th Street, Moline, IL 61265.

5. At all times relevant hereto, the Defendant Daniel Kaiser was and is a resident of Illinois who resides at 4343 16th Street, Moline, IL 61265.

6. At all times relevant hereto, Defendant New Womyn, LLC was and is a limited liability company organized and existing under the laws of Delaware and with a principle place of business in Moline, Illinois.

7. Defendants owe Plaintiff $306,082.83 dollars according to the account hereto annexed as Exhibit A. Billings were generated and sent to Defendants but are not attached because they are privileged but can be produced in camera for Court inspection. Defendants have repeatedly refused payment notwithstanding repeated demands by Plaintiff.

Wherefore, Plaintiff demands judgment against Defendants for the sum of $306,082.83, interest and costs.

### COUNT II - COMPLAINT ON A PROMISSORY NOTE

Plaintiff Sturm & Fix LLP for its complaint against Defendant H. Vincent Harsha states as follows:

1.      Jurisdiction is proper in this court pursuant to 28 U.S.C. §1332. Plaintiff and Defendant are citizens of different states. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. §1332.

2.      At all times relevant hereto, the Plaintiff was and is an Iowa limited liability partnership formed under the laws of the State of Iowa. Plaintiff changed its name from Henderson and Sturm LLP to Sturm & Fix LLP effective January 1, 2003.

3.      At all time relevant hereto, the Plaintiff partnership was comprised of the following partners:

Michael O. Sturm was and is a resident of Iowa and resides at 10849 N.W. 103rd Court, Granger, IA 50109;

Richard L. Fix was and is a resident of Iowa and resides at 2434 Welbeck Road, Des Moines, IA 50310;

John E. Cepican was and is a resident of Iowa and resides at 915 Devils Glen Road, Bettendorf, Iowa 52722;

William H. Wright was and is a resident of Virginia and resides at 919 S. 17th Street, Arlington, VA 22202, who has withdrawn from the partnership;

Thomas J. Oppold, was formerly a resident of Iowa, and is presently a resident of Minnesota, who has withdrawn from the partnership;

H. Robert Henderson, was formerly a resident of Iowa, and is presently a resident of Minnesota, who has withdrawn from the partnership; and

Curtis A. Bell, was and is a resident of Iowa who has withdrawn from the partnership.

4.      At all times relevant hereto, the Defendant, H. Vincent Harsha was and is a resident of Illinois who resides at 3414 54th Street, Moline, IL 61265.

5.      Defendant on or about June 8, 2001, executed and delivered to Plaintiff a promissory note, whereby Defendant promised to pay Plaintiff the sum of $240,000 dollars at the rate of $40,000 per month commencing on June 20, 2001 and the first of the month thereafter. A copy of the note is not attached because it is privileged but can be produced in camera for Court inspection.

6. Defendant made four payments, totalling $160,000. Defendant has repeatedly refused to make further payments notwithstanding repeated demands by Plaintiff. Defendant owes to Plaintiff the amount of $80,000.

WHEREFORE, Plaintiff demands judgment against Defendant for the sum of $80,000, interest, and costs.

                    STURM & FIX LLP

                    By: ___s/John E. Cepican_____
                    John E. Cepican
                    STURM & FIX LLP
                    101 West Second Street, Suite 304
                    Davenport, IA  52801
                    563-323-9731
                    563-323-9709 (Telefax)
                    cepican@hsllp.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: _____, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      H. Vincent Harsha
      1630 5th Avenue
      Moline, IL 61265.

      s/John E. Cepican_____
      John E. Cepican  Bar #00838
      Attorney for Plaintiff
      Sturm & Fix LLP
      101 West Second Street, Suite 304
      Davenport, IA 52801
      563-323-9731
      563-323-9709
      cepican@hsllp.com

P.02

| 12/11/2003 2:46 PM | | | HENDERSON & STURM LLP Listing User Defined | | | | Page 1 |

### Selection Criteria

Clie.Classification     Open
Client (hand select)    Include: 5121-001-NewWom

| Billable Fees | Billable Costs | Credits | Interest | Invoice Charges | Payments | Write Offs |
|---|---|---|---|---|---|---|
| $493,777.66 | $41,353.56 | $0.00 | $28,137.02 | $563,268.24 | $257,185.41 | $306,082.83 |
| **Grand Total** | | | | | | |
| $493,777.66 | $41,353.56 | $0.00 | $28,137.02 | $563,268.24 | $257,185.41 | $306,082.83 |



EXHIBIT A