IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| STURM & FIX LLP, | ) |
| | ) |
| Plaintiff, | ) Case No.: 03-4086 |
| | ) |
| v. | ) ANSWER TO AMENDED |
| | ) COMPLAINT |
| H. VINCENT HARSHA, DANIEL | ) |
| KAISER, AND NEW WOMYN LLC, | ) |
| | ) |
| Defendants. | ) |

FILED
AUG 2 4 2005
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

## ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

NOW COMES Defendant, H. Vincent Harsha, with his Answer to Plaintiffs Amended Complaint, respectfully states as follows:

### COUNT 1 – COMPLAINT ON ACCOUNT

Plaintiff Sturm & Fix LLP for its complaint against Defendants H. Vincent Harsha, Daniel Kaiser, and New Womyn, LLC states as follows:

1. Jurisdiction is proper in this court pursuant to 28 U.S.C. §1332. Plaintiff and Defendants are citizens of different states. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. §1332.

**RESPONSE:** Defendant believes the statements are true.

2. At all times relevant hereto, the Plaintiff was an Iowa limited liability partnership formed under the laws of the State of Iowa. Plaintiff changed its name from Henderson & Sturm LLP to Sturm & Fix LLP effective January 1, 2003.

**RESPONSE:** Defendant has no knowledge as to this.

3. At all time relevant hereto, the Plaintiff partnership was comprised of the

following partners:

  Michael O. Sturm was and is a resident of Iowa and resides at 10849 N.W. 103rd Court, Granger, IA 50109;

  Richard L. Fix was and is a resident of Iowa and resides at 2434 Welbeck Road, Des Moines, IA 50310:

  John E. Cepican was and is a resident of Iowa and resides at 915 Devils Glen Road, Bettendorf, Iowa 52722;

  William H. Wright was and is a resident of Virginia and resides at 919 S. 17th Street, Arlington, VA 22202, who has withdrawn from the partnership;

  Thomas J. Oppold, was formerly a resident of Iowa, and is presently a resident of Minnesota, who has withdrawn from the partnership;

  Robert Henderson, was formerly a resident of Iowa, and is presently a resident of Minnesota, who has withdrawn from the partnership; and

  Curtis A. Bell, was and is a resident of Iowa who has withdrawn from the partnership.

**RESPONSE:** Defendant has no knowledge of the facts.

  4. At all times relevant hereto, the Defendant, H. Vincent Harsha was and is a resident of Illinois who resides at 3414 54th Street, Moline, IL 61265.

**RESPONSE:** Defendant admits.

  5. At all times relevant hereto, the Defendant Daniel Kaiser was and is a resident of Illinois who resides at 4343 16th Street, Moline, IL 61265.

**RESPONSE:** Defendant believes the statement to be false.

  6. At all times relevant hereto, Defendant New Womyn, LLC was and is a limited liability company organized and existing under the laws of Delaware and with a principle place of business in Moline, Illinois.

**RESPONSE:** Defendant denies that New Womyn, LLC was in Moline, Illinois all that time.

7.  Defendants owe Plaintiff $306,082.83 dollars according to the account hereto annexed as Exhibit A. Billings were generated and sent to Defendants but are not attached because they are privileged but can be produced in camera for Court inspection. Defendants have repeatedly refused payment notwithstanding repeated demands by Plaintiff.

**RESPONSE:** Defendant H. Vincent Harsha did not receive any bills for services and has no knowledge of other receipts.

Wherefore, Plaintiff demands judgment against Defendants for the sum of $306,082.83, interest and cost.

## COUNT II – COMPLAINT ON A PROMISSORY NOTE

Plaintiff Sturm & Fix LLP for its complaint against Defendant H. Vincent Harsha states as follows:

1.  Jurisdiction is proper in this court pursuant to 28 U.S.C. §1332. Plaintiff and Defendant are citizens of different states. The matter in controversy exceeds, exclusive of interest and costs, the sum specified by 28 U.S.C. §1332.

**RESPONSE:** Defendant agrees.

2.  At all times relevant hereto, the Plaintiff was and is an Iowa limited liability partnership formed under the laws of the State of Iowa. Plaintiff changed its name from Henderson & Sturm LLP to Sturm & Fix LLP effective January 1, 2003.

**RESPONSE:** Defendant has no knowledge.

3.  At all time relevant hereto, the Plaintiff partnership was comprised of the following partners:

Michael O. Sturm was and is a resident of Iowa and resides at 10849 N.W. 103rd Court, Granger, IA 50109;

Richard L. Fix was and is a resident of Iowa and resides at 2434 Welbeck Road, Des Moines, IA 50310:

John E. Cepican was and is a resident of Iowa and resides at 915 Devils Glen Road, Bettendorf, Iowa 52722;

William H. Wright was and is a resident of Virginia and resides at 919 S. 17th Street, Arlington, VA 22202, who has withdrawn from the partnership;

Thomas J. Oppold, was formerly a resident of Iowa, and is presently a resident of Minnesota, who has withdrawn from the partnership;

Robert Henderson, was formerly a resident of Iowa, and is presently a resident of Minnesota, who has withdrawn from the partnership; and

Curtis A. Bell, was and is a resident of Iowa who has withdrawn from the partnership.

**RESPONSE:** Defendant has no knowledge.

4. At all times relevant hereto, the Defendant, H. Vincent Harsha was and is a resident of Illinois who resides at 3414 54th Street, Moline, IL 61265.

**RESPONSE:** True.

5. Defendant on or about June 8, 2001, executed and delivered to Plaintiff a promissory note, whereby Defendant promised to pay Plaintiff the sum of $240,000 dollars at the rate of $40,000 per month commencing on June 20, 2001 and the first of the month thereafter. A copy of the note is not attached because it is privileged but can be produced in camera for Court inspection.

**RESPONSE:** Defendant did not continue payments as Plaintiffs council was replaced in Patent Infringement suit for failing to have case prepared so Defendants received a paid up license.

6. Defendant made four payments, totaling $160,000. Defendant has repeatedly refused to make further payments notwithstanding repeated demands by Plaintiff. Defendant owes to Plaintiff the amount of $80,000.

**RESPONSE:** Defendant admits payments but avers that Plaintiffs were conducting unnecessary tests.

WHEREFORE, Plaintiff demands judgment against Defendant for the sum of $80,000, interest, and costs.

Dated: August 24, 2005

H. VINCENT HARSHA

By: _____
H. Vincent Harsha
1630 5th Avenue
Suite 635
Moline, IL 61265
Telephone: (309) 764-1440
Fax: (309) 764-1440

Copy to:

John Cepican
101 West Second Street, Suite 304
Davenport, IA 52801

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on <u>August 24, 2005</u>. I hereby certify that I have mailed by United States Postal Service the document to the participant:

John Cepican
101 West Second Street, Suite 304
Davenport, IA 52801

Signature: *Christine Hirzberg*

                                        H. VINCENT HARSHA

                                        By: _____
                                               H. Vincent Harsha
                                               1630 5th Avenue
                                               Suite 635
                                             Moline, IL 61265
                                             Telephone: (309) 764-1440
                                             Fax: (309) 764-1440