AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__CENTRAL__ DISTRICT OF __ILLINOIS__

STURM & FIX LLP,

PLAINTIFF,

V.

H. VINCENT HARSHA, DANIEL KAISER, AND NEW WOMYN LLC,    DEFENDANTS.

**EXHIBIT AND WITNESS LIST**

Case Number:  03-4086

FILED
DEC 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| PRESIDING JUDGE<br>JUDGE JOHN A. GORMAN | PLAINTIFF'S ATTORNEY<br>JOHN E. CEPICAN | DEFENDANT'S ATTORNEY<br>H. VINCENT HARSHA |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X |  |  |  |  | JOHN E. CEPICAN |
| 1 |  |  |  |  | STATEMENTS AND A/R TRANSACTION LISTING |
| 2 |  |  |  |  | REQUEST FOR ADMISSIONS - HARSHA CONTRACT |
| 3 |  |  |  |  | DOCKET FOR CASE 4:00-CV-04081-JBM |
| 4 |  |  |  |  | TRANSCRIPT OF PROCEEDINGS 12/06/2001 |
| 5 |  |  |  |  | AIPLA REPORT OF THE ECONOMIC SURVEY 2003 EXTRACT |
| 6 |  |  |  |  | EXTRACT - NEW WOMYN LLC - OPERATING AND BUY-SELL AGREEMENT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages