IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

Sturm & Fix LLP, )
)
        Plaintiff )
)
                    Case No: 03-4086
V. )
) **PROPOSED ORDER,**
H. Vincent Harsha, Daniel ) **FINDINGS OF FACT**
Kaiser, and New Womyn )
LLC, )
        Defendants. )

FILED
JAN 6 2006
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

Defendant, H. Vincent Harsha for its response to Sturm & Fix, LLP states as follows:

### FINDINGS OF FACT

Plaintiff's failed to timely serve discovery requests in the Rock Island County Civil Court Case, Docket No. 00-4081. Rock Island Court finds that failure to be diligent and discover the facts, later relied on. This ruling on September 5, 2001.

This prolonged the trial and increased costs to New Womyn and Mr. Harsha.

Iowa, Illinois and Pennsylvania attorney generals filed complaints in regards to New Womyns' device. Paid off at Henderson & Sturm's directions though at least Iowa Statute 126 provides for different response ie review by the Board of Pharmacy not the court. The Food & Drug Administration ruled the device as a Class I, with no testing required. Iowa Supreme Court said otherwise. Contrary to the Food & Drug Administration and the Constitution said foreign purchases should have refunds.

Advice of Sturm & Fix cost loss of business and/or reputation of business in the amount of Five Million Dollars.

As of December 6, 2001, Civil Docket No. 00-4081, Mr. Oppold and Mr. Cepican started withdrawal proceedings. Henderson & Sturm alleged the two managers of New Womyn disagreed on trial matters and new counsel retained by New Womyn was getting files, however new counsel said he only represented Kaiser. Represented one manager me. (Harsha) basically controlled the purse strings).

## CONCLUSION

It is therefore ordered that Plaintiff's request for judgment be denied and defendant be awarded damages in the amount of five million dollars for loss of money invested and attack of professional ethics.

H. VINCENT HARSHA

By: *[signature]*
H. Vincent Harsha
1630 5th Avenue
Suite 635
Moline, IL 61265
Phone: (309) 764-1440
Fax:   (309) 764-1440

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 6, 2006, I filed the foregoing with the Clerk of the Court.

H. VINCENT HARSHA

By: *[signature]*
H. Vincent Harsha
1630 5th Avenue
Suite 635
Moline, IL  61265
Phone:  (309) 764-1440
Fax:     (309) 764-1440