AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Sturm & Fix, LLP**

      vs.                Case Number:   **03-4086**

**H. Vincent Harsha and New Womyn LLC**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff Sturm and Fix and against the defendants New Womyn and Harsha in the amount of $306,082.83 and against Harsha in the amount of $80,000.----------------------------------------------------------------------------------------------------------

ENTER this 24th day of January, 2006

JOHN M. WATERS, CLERK

_____s/T. Peeples_____
BY:  DEPUTY CLERK