E-FILED
Tuesday, 11 July, 2006  11:32:08 AM
Clerk, U.S. District Court, ILCD



# United States District Court

**JOHN M. WATERS**
CLERK OF COURT

## CENTRAL DISTRICT OF ILLINOIS

TEL: 309.793. 5778
FAX: 309.793. 5878

### OFFICE OF THE CLERK
40 POST OFFICE BUILDING
211 - 19TH STREET
ROCK ISLAND, ILLINOIS 61201

Date: 7/11/06

Re: Sturm & Fix v Harsha
Case # 03-4086

Dear Attorney,

The Clerk's office has certain bench trial exhibits in the above mentioned case.  The appeal time has expired and these exhibits need to be removed from our vault.  If you wish to have the exhibits back, please submit by e-filing, a Motion for Return Of Exhibits.  Please e-file your motion by 8/2/06 or the exhibits will be destroyed.

Very truly yours,


John M. Waters, Clerk
U.S. District Court