IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| Sturm & Fix LLP | ) | Case No. 03-4086 |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | |
| | ) | **FILED** |
| H. Vincent Harsha | ) | |
| Defendants | ) | AUG 3 2006 |

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### ORDER TO DESTROY EXHIBITS

The Clerk of the Court notified __Atty John Cepican__ that exhibits would be destroyed unless they filed a motion and order for return of said exhibits by __8/2/06__.

The __plaintiff__ failing to file a motion for return of exhibits, IT IS ORDERED that the Clerk of the court may destroy __plaintiff's bench trial__ Exhibits in the above entitled case.

8/3/06
Date

S/John A. Gorman
John A. Gorman U.S. Magistrate Judge