E-FILED
Tuesday, 25 March, 2008  08:50:39 AM
Clerk, U.S. District Court, ILCD



IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

FILED
MAR 2 5 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| STURM & FIX, LLP )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>H. VINCENT HARSHA )<br>and NEW WOMYN, LLC, )<br>)<br>Defendants. ) | Case No. 2003-4086 |

## RELEASE OF JUDGMENT

COMES NOW THE PLAINTIFF, Sturm & Fix, LLP, by and through Michael O. Sturm, Registered Agent or Reserving Party and authorized Partner of Plaintiff, and hereby releases the Judgment entered against the Defendant, H. Vincent Harsha in both Counts I and II of the above proceedings, and pursuant to the Court Order entered in these proceedings on January 24, 2006. This is intended to be a full, final and complete release of the Judgments entered in these proceedings against H. Vincent Harsha, and fully and completely releases H. Vincent Harsha from any further liability or responsibility therein.

STURM & FIX, LLP, Plaintiff

By _____
Michael O. Sturm, Registered Agent or
Reserving Party and Authorized Partner of
Plaintiff